Alexander Howell, Plaintiff in Error, v. Florida East Coast Railway Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc,* October 9, 1907).

Writ of Error to Circuit Court, Volusia county; Minor S. Jones, Judge.

U. M. Bennett and Frank W. Pope, for plaintiff in error.

Stewart & Bly, for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Judgment affirmed.